```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

JAMES E. HUDSON and
DIROTHIEUS C. HUDSON,                :

    plaintiffs,                      :

vs.                                  :   CIVIL ACTION 04-0821-WS-M

CARDWELL CORPORATION,                :

    Defendant.                       :


<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is ADOPTED as the opinion of this court.  It is ORDERED that Plaintiff Dirothieus C. Hudson's claims be DISMISSED without prejudice for failure to prosecute and to obey the Court's Order.  It is further ORDERED that Plaintiff James E. Hudson's claims will proceed in this action.

    DONE this 25th day of August, 2005.


                                                          <u>s/WILLIAM H. STEELE</u>
                                                       UNITED STATES DISTRICT JUDGE

```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

JAMES E. HUDSON and
DIROTHIEUS C. HUDSON,            :

    Plaintiffs,                  :

vs.                              :   CIVIL ACTION 04-0821-WS-M

CARDWELL CORPORATION,            :

    Defendant.                   :


<u>JUDGMENT</u>

It is ORDERED, ADJUDGED, and DECREED that Plaintiff Dirothieus C. Hudson's claims be DISMISSED without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 25th day of August, 2005.

                                          <u>s/WILLIAM H. STEELE</u>
                                          UNITED STATES DISTRICT JUDGE