IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES E. HUDSON and
DIROTHIEUS C. HUDSON,            :

    Plaintiffs,                  :

vs.                              :    CIVIL ACTION 04-0821-WS-M

CARDWELL CORPORATION,            :

    Defendant.                   :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff Dirothieus C. Hudson's claims be DISMISSED without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 25th day of August, 2005.

                                        s/WILLIAM H. STEELE
                                      UNITED STATES DISTRICT JUDGE