# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JAMES HUDSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 04-0821-WS-M |
| | ) |
| **CARDWELL CORPORATION,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed with prejudice**.

DONE and ORDERED this 27th day of July, 2006.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE